LAW OFFICES
**UDALL, SHUMWAY & LYONS, P.L.C.**
30 WEST FIRST STREET
MESA, ARIZONA 85201-6695
Telephone: (480)461-5300
Fax: (480)833-9392

Erin H. Walz - #023853
ehw@udallshumway.com
*Attorney for Zarifa Azizi Naim*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ZARIFA AZIZI NAIM,<br><br>Debtor. | Case No. 2:11-bk-26638-RJH<br><br>Adv. No. 2:12-ap-00035-RJH |
| KEY BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ZARIFA AZIZI NAIM,<br><br>Defendant. | **NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a) INITIAL DISCLOSURE STATEMENT**<br><br>(Honorable Randolph J. Haines) |

NOTICE is hereby given that Defendant ZARIFA AZIZI NAIM, by and through her undersigned counsel, served her Rule 26(a) Initial Disclosure Statement via regular first class mail on April 6, 2012, to the following:

>   Nancy K. Swift
>   BUCHALTER NEMER, PLC
>   16435 North Scottsdale Road, Suite 440
>   Scottsdale, AZ 85254-1754
>   *Attorney for Key Bank, N.A.*

. . .

DATED: this 6th day of April, 2012.

                                        **UDALL, SHUMWAY & LYONS, P.L.C.**

By: /s/ Erin H. Walz
     Erin H. Walz
     30 West First Street
     Mesa, AZ  85201
     *Attorney for Zarifa Azizi Naim*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2012, I electronically transmitted the above pleading to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties registered on the CM/ECF System.

                                            By: /s/ Le L. Dinh

3745521.1 / April 6, 2012
110174.001

Case 2:12-ap-00035-RJH   Doc 9   Filed 04/06/12   Entered 04/06/12 11:01:50   Desc
Main Document      Page 2 of 2

2