LAW OFFICES
UDALL, SHUMWAY & LYONS, P.L.C.
30 WEST FIRST STREET
MESA, ARIZONA 85201-6695
Telephone: (480)461-5300
Fax: (480)833-9392

Erin H. Walz - #023853
ehw@udallshumway.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ZARIFA AZIZI NAIM,<br><br>Debtor. | Case No. 2:11-bk-26638-RJH<br><br>Adv. No. 2:12-ap-00035-RJH |
| KEY BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ZARIFA AZIZI NAIM,<br><br>Defendant. | **MOTION TO WITHDRAW<br>AS ATTORNEY OF RECORD**<br><br>(Honorable Randolph J. Haines) |

Erin H. Walz, Esq., and the law firm of Udall, Shumway & Lyons, PLC, pursuant to Rule 9010-1(b) of the Local Rules of the U.S. Bankruptcy Court, District of Arizona, hereby submit this Motion to Withdraw as Attorney of Record for Defendant/Debtor Zarifa Azizi Naim in the above-captioned adversary proceeding.

Pursuant to Bankruptcy Local Rule 9010-1(b), the moving attorney attests that Defendant/Debtor Zarifa Azizi Naim has been notified in writing of the status of the case, including the dates and times of any court hearings or trial settings, and the need to comply with any existing court orders, discovery requests and the possibility of sanctions for the failure to comply.

1     There is no substituting attorney for Defendant/Debtor Zarifa Azizi Naim in the
2 above-captioned adversary proceeding. The last known address and telephone number for
3 Defendant/Debtor Zarifa Azizi Naim is:

    5854 E. Harmony
    Mesa, Arizona 85206
    Phone: 805-501-6806

    Having complied with Bankruptcy Local Rule 9010-1(b), counsel requests this Court's Order allowing this firm to withdraw as counsel of record for the Defendant/Debtor, as identified herein.

DATED: this 17th day of July, 2012.

                                        **UDALL, SHUMWAY & LYONS, P.L.C.**

                                        By: _____
                                           Erin H. Walz
                                           30 West First Street
                                           Mesa, AZ 85201

    SUBSCRIBED AND SWORN to before me this 17th day of July 2012, by Erin H. Walz.

                          _____
                          Notary Public

My commission expires:
8/10/2015

OFFICIAL SEAL
LE L. DINH
Notary Public - Arizona
Pinal County
Expires August 10, 2015

|   | **CERTIFICATE OF SERVICE** |
|---|---|
| 1 | |
| 2 | I hereby certify that on July 17, 2012, I electronically transmitted the above pleading |
| 3 | to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of |
| 4 | Electronic Filing to the parties registered on the CM/ECF System. |

*[signature]*
Le L. Dinh

**COPY** of the foregoing mailed
this 17th day of July, 2012, to:

Zarifa Azizi Naim
5854 E. Harmony
Mesa, Arizona 85206

By: *[signature]*
Le L. Dinh

3752105.1 / July 17, 2012
110174.001