# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry Order

*Randolph J. Haines*

**Randolph J. Haines, Bankruptcy Judge**

_____

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ZARIFA AZIZI NAIM | | |
| **Case Number:** | 2:11-BK-26638-RJH | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 22, 2012 11:00 AM  6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

**ADV: 2-12-00035**

**KEY BANK NA vs ZARIFA AZIZI NAIM**

PRE-TRIAL STATUS CONFERENCE ON COMPLAINT TO DETERMINE DISCHARGEABILITY

**R / M #:** 6 / 0

## *Appearances:*

NANCY KALAFA SWIFT, ATTORNEY FOR KEY BANK NA

## *Proceedings:*

Ms. Swift informed she has received a message from the debtor requesting time to get counsel. She advised she is working on a motion for summary judgment.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO NOVEMBER 7, 2012 AT 11:00 AM. UNLESS THIS ADVERSARY HAS BEEN RESOLVED, THE COURT WILL EXPECT APPEARANCES BY COUNSEL FOR BOTH PARTIES AT THE CONTINUED HEARING.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE

Copies of the foregoing mailed by BNC to:

DEBTOR