# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | ZARIFA AZIZI NAIM |
| Case Number: | 2:11-BK-26638-RJH  Chapter: 7 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 07, 2012 11:00 AM  6TH FLOOR #603 |
| Bankruptcy Judge: | RANDOLPH J. HAINES |
| Courtroom Clerk: | JANET SMITH |
| Reporter / ECR: | SHERI FLETCHER |

## Matter:

ADV: 2-12-00035

KEY BANK NA vs ZARIFA AZIZI NAIM

PRE-TRIAL STATUS CONFERENCE ON COMPLAINT TO DETERMINE DISCHARGEABILITY

R / M #:   6 / 0

## Appearances:

NANCY KALAFA SWIFT, ATTORNEY FOR KEY BANK NA
BRIAN EASTIN, ATTORNEY FOR ZARIFA AZIZI NAIM

## Proceedings:

Ms. Swift advised a motion for summary judgment has been prepared and is being reviewed by her client so it has not been filed.

COURT:   IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 9, 2013 AT 11:00 AM.

THE COURT URGED PARTIES TO CONFER AND AGREE ON A DISCOVERY SCHEDULE PRIOR TO THE NEXT STATUS HEARING.