SIGNED.

Dated: March 18, 2013

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry Order

Randolph J. Haines, Chief Bankruptcy Judge

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ZARIFA AZIZI NAIM |
| **Case Number:** | 2:11-bk-26638-RJH **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, MARCH 18, 2013 11:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

ADV: 2-12-00035

KEY BANK NA vs ZARIFA AZIZI NAIM

PRE-TRIAL STATUS CONFERENCE ON COMPLAINT TO DETERMINE DISCHARGEABILITY

R / M #:   6 / 0

### Appearances:

BRYAN EASTIN, ATTORNEY FOR ZARIFA AZIZI NAIM

### Proceedings:

Mr. Eastin stated he has not talked with opposing counsel and Ms. Swift has not filed a motion for summary judgment yet. He advised he has received the documentation needed and believes discovery is complete.

COURT:   IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON APRIL 11, 2013 AT 1:30 PM ALLOWING 1/2 DAY. PARTIES ARE DIRECTED TO FILE A JOINT PRE-TRIAL STATEMENT BY FRIDAY, MARCH 29, 2013.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE

Copies of the foregoing mailed by BNC to:

Nancy Swift

Page 1 of 1

Case 2:12-ap-00035-RJH   Doc 19   Filed 03/18/13   Entered 03/19/13 13:44:31   Desc
Main Document - Order Setting Pre-Trial Status Conference (RJH)   Page 1 of 1

03/18/2013 1:10:07PM