# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ZARIFA AZIZI NAIM |
| **Case Number:** | 2:11-bk-26638-RJH     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, APRIL 11, 2013 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

ADV: 2-12-00035

KEY BANK NA vs ZARIFA AZIZI NAIM

EVIDENTIARY HEARING ON COMPLAINT TO DETERMINE DISCHARGEABILITY

**R / M #:**   6 / 0

VACATED:   Hearing Continued to April 30, 2013 at 1:30 pm on agreement of parties

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Hearing Continued to April 30, 2013 at 1:30 pm on agreement of parties