

IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: April 22, 2013

*Randolph J. Haines* (signature)

**Randolph J. Haines, Chief Bankruptcy Judge**
_____

1  Nancy K. Swift (SBN: 014910)
   BUCHALTER NEMER
2  16435 North Scottsdale Road, Suite 440
   Scottsdale, AZ 85254
3  Telephone: (480) 383-1800
   Facsimile: (480) 824-9400
4  Email: nswift@buchalter.com

5  Attorneys for Movant

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ZARIFA AZIZI NAIM, | No. 2:11-bk-26638 RJH |
| Debtor, | Adv. No.: 2:12-ap-00035 RJH |
| KEY BANK, N.A., | |
| Plaintiff, | **ORDER CONTINUING HEARING SET FOR APRIL 30, 2013 @ 1:30 P.M.** |
| -vs- | |
| ZARIFA AZIZI NAIM, | |
| Defendant. | |

This matter comes before the Court pursuant to Motion to Continue Hearing set for April 30, 2013 at 1:30 p.m. filed by KEY BANK, N.A., and the Court finding good cause hereby Orders that said hearing is continued to May 30, 2013 at 1:30 pm.

DATED this _____ day of _____, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE

K5246.0099 BN 13802366v1