# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ZARIFA AZIZI NAIM |
| **Case Number:** | 2:11-bk-26638-RJH   **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, APRIL 30, 2013 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

ADV: 2-12-00035

KEY BANK NA vs ZARIFA AZIZI NAIM

EVIDENTIARY HEARING  ON COMPLAINT TO DETERMINE DISCHARGEABILITY

R / M #:   6 / 0

**VACATED:** Hearing Continued to May 30, 2013 at 1:30 pm.

## Appearances:

NONE

## Proceedings:

VACATED: Hearing Continued to May 30, 2013 at 1:30 pm.

Case 2:12-ap-00035-RJH   Doc 26   Filed 04/30/13   Entered 04/30/13 13:49:58   Desc
Main Document    Page 1 of 1