Bryan L. Eastin, Esq. #021062
**PLATT AND WESTBY, P.C.**
2916 North 7th Avenue, #100
Phoenix, Arizona 85013
Telephone (602) 277-4441
Facsimile: (602) 277-0388
Email: beastin@plattwestby.com
Counsel for Defendant

Naim/BL13687-00/db
continue.motion

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ZARIFA AZIZI NAIM | ) | Case No. 2:11-bk-26638 RJH |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KEY BANK, N.A., | ) | |
| | ) | Adv. No.: 2:12-ap-00035-RJH |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | |
| ZARIFA AZIZI NAIM, | ) | |
| and ANTHONY H. MASON, Trustee | ) | Date: May 30, 2013 |
| | ) | Time: 1:30 P.M. |
| Defendants. | ) | |

Defendant, Zarifa Azizi Naim, by and through counsel undersigned, requests the court to continue the trial scheduled for May 30, 2013, to allow Defendant time to obtain new counsel to represent her in this matter.

Undersigned counsel has conferred with opposing counsel who is in agreement with continuing the trial.

1

DATED this 14th day of May, 2013.

PLATT AND WESTBY, P.C.

By: _____
Bryan L. Eastin
Attorney for Defendant

Copy of the foregoing mailed
this 14th day of May, 2013, to:

Zarifa Azizi Naim
5854 E. Harmony
Mesa, Arizona 85206
Defendant

Nancy K. Swift, Esq.
16435 N. Scottsdale Road #440
Scottsdale, Arizona 85254
Attorney for Plaintiff

By: Dorothy Ann Bain