| | |
|---|---|
| 1 | Roger W. Hall (SBN: 013727)<br>BUCHALTER NEMER |
| 2 | 16435 North Scottsdale Road, Suite 440<br>Scottsdale, AZ 85254-1754 |
| 3 | Telephone: (480) 383-1800<br>Fax: (480) 824-9400 |
| 4 | E-mail: rhall@buchalter.com<br>*Attorneys for Adversary Plaintiff* |
| 5 | *Key Bank, N.A.* |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| ZARIFA AZIZI NAIM, | No. 2:11-bk-26638-RJH |
| | Adv. No.: 2:12-ap-00035-RJH |
| Debtor, | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| KEY BANK, N.A., | |
| Plaintiff, | |
| -vs- | |
| ZARIFA AZIZI NAIM, | |
| Defendant. | |

Buchalter Nemer, counsel for Plaintiff Key Bank, N.A., gives notice that Roger W. Hall is appearing as counsel in this matter in the place of Nancy Swift.

All future pleadings, minute entries and correspondence should be sent to Roger W. Hall at the address shown above.

DATED this 17th day of May, 2013.

K5246.0099 BN 14022017v1

| | |
|---|---|
| 1 | BUCHALTER NEMER |
| 2 | |
| 3 | By: /s/ Roger W. Hall |
| 4 | Roger W. Hall<br>16435 North Scottsdale Road, Suite 440<br>Scottsdale, AZ  85254-1754 |
| 5 | *Attorneys for Adversary Key Bank, N.A.* |

ORIGINAL filed with the Court this 17th day of May, 2013,
COPY of the foregoing sent via U.S. Mail to:

Ms. Zarifa Azizi Naim
5854 E. Harmony
Mesa, Arizona  85206
*Debtor/Adversary*
*Defendant Pro Se*

Trustee
Mr. Anthony H. Mason
P.O. Box 4427
Phoenix, Arizona 85030-4427

*/s/ JoAnn Gillotte*