# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

        **Debtor:** ZARIFA AZIZI NAIM
        **Case Number:** 2:11-bk-26638-RJH     **Chapter:** 7
        **Date / Time / Room:** THURSDAY, MAY 30, 2013 01:30 PM   6TH FLOOR #603
        **Bankruptcy Judge:** RANDOLPH J. HAINES
        **Courtroom Clerk:**
        **Reporter / ECR:** N/A

## Matter:

    ADV: 2-12-00035
    KEY BANK NA vs ZARIFA AZIZI NAIM
    EVIDENTIARY HEARING ON COMPLAINT TO DETERMINE DISCHARGEABILITY
    **R / M #:** 6 / 0
    **VACATED:** Order Entered Continuing Hearing to August 5, 2013 at 2:00 pm.

## Appearances:

    NONE

## Proceedings:

    VACATED: Order Entered Continuing Hearing to August 5, 2013 at 2:00 pm.