Roger W. Hall (SBN: 013727)
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Fax: (480) 824-9400
E-mail: rhall@buchalter.com
*Attorneys for Adversary Plaintiff*
*Key Bank, N.A.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ZARIFA AZIZI NAIM,<br><br>Debtor,<br>---<br>KEY BANK, N.A.,<br><br>Plaintiff,<br>-vs-<br>ZARIFA AZIZI NAIM,<br><br>Defendant. | Chapter 7<br><br>No. 2:11-bk-26638-RJH<br><br>Adv. No.: 2:12-ap-00035-RJH<br><br>**MOTION FOR EXPEDITED RULE 16 PRETRIAL CONFERENCE** |

Adversary plaintiff Key Bank, N.A., pursuant to Bankruptcy Rule 7016, hereby moves this Court for an expedited pretrial conference. As described in more detail below, Key Bank seeks an expedited hearing because the date for the evidentiary hearing is approaching and Key Bank does not wish to incur the expense of flying a witness in from Ohio if the hearing is not going to proceed or not going to proceed properly. If the Court is inclined to set a hearing the week of July 15, counsel requests that the hearing not be on July 18, as he is in depositions that day.

K5246.0099 BN 14436561v1

On May 14, 2013, this Court issued an order permitting the attorney for debtor/adversary defendant Zarifa Azizi Naim to withdraw as counsel (docket no. 31). It has now been nearly two months, and no new attorney has made an appearance.

Also on May 14, this Court issued an order re-setting the evidentiary hearing in this matter for 2:00 on August 5. Key Bank is prepared to go forward with the scheduled hearing. It will, however, need to fly a witness in from Ohio to testify. Key Bank, Understandably, Key Bank does not wish to fly a witness in, thus incurring expenses for airfare, lodging, and meals, if Naim is not going to appear or does not intend to properly participate in the evidentiary hearing or the pretrial proceedings. And with no phone number or e-mail information for Naim, Key Bank has no way of contacting her—other than regular mail—to find out whether the scheduled hearing will serve its intended purpose.

If Naim is not planning to appear or participate properly in the process, Key Bank will simply move for permission, under Bankruptcy Rule 7056, to file a motion for summary judgment and dispose of this matter without having to fly a witness in.

DATED this 15th day of July, 2013.

BUCHALTER NEMER

By: /s/ Roger W. Hall
Roger W. Hall
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
*Attorneys for Adversary Key Bank, N.A.*

ORIGINAL filed with the Court this 15th day of July, 2013,
COPY of the foregoing sent via U.S. Mail to:

Ms. Zarifa Azizi Naim
5854 E. Harmony
Mesa, Arizona 85206
*Debtor/Adversary*
*Defendant Pro Se*

Trustee
Mr. Anthony H. Mason
P.O. Box 4427
Phoenix, Arizona 85030-4427

*/s/ Cathy C. Bohnsack*