FORM VAN−AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:11−bk−26638−RJH |
| ZARIFA AZIZI NAIM<br>*Debtor(s)* | Chapter: 7 |

| | |
|---|---|
| KEY BANK NA<br>*Plaintiff(s)*<br><br>v.<br><br>ZARIFA AZIZI NAIM<br>*Defendant(s)* | Adversary No.: 2:12−ap−00035−RJH |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 603, Phoenix, AZ before the Honorable Randolph J. Haines on 8/5/13 at 02:00 PM, to consider and act upon the following matters:

THE TRIAL SET ON AUGUST 5, 2013 AT 2:00 PM WILL NOT GO FORWARD AS AN EVIDENTIARY HEARING. THIS HEARING WILL BE A PRE−TRIAL CONFERENCE ONLY

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: July 18, 2013**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**